# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN JAVIER BANK, | 2:10-CV-01789-PMP-LRL |
| Petitioner, | |
| vs. | **OPINION** |
| DEPT. 24, 8th JUDICIAL DISTRICT COURT, CLARK COUNTY, NEVADA, | |
| Respondent. | |

On October 14, 2010, Petitioner Steven Javier Bank filed a document titled "Petition for Review" (Doc. #1). By the "Petition" Petitioner Bank seeks review of an Order of the Eighth Judicial District Court, in and for the County of Clark, State of Nevada, Department 24, in case number A-10-618976-A, entered June 29, 2010. However, Petitioner Bank's Petition for Review (Doc. #1) does not state the basis for this Court's jurisdiction, nor is the Court aware of any basis for exercising jurisdiction in the United States District Court over the matter. Additionally, although Petitioner Bank's filed the action in this Court, his pleading states that it is filed in the United States Court of Appeals for the 9th Circuit. In sum, Bank's Petition is not cognizable before this Court.

**IT IS THEREFORE ORDERED that** Petitioner Steven Javier Bank's "Petition for Review" (Doc. #1) is **DISMISSED**.

DATED: October 20, 2010.

_____
PHILIP M. PRO
United States District Judge